UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 24-1248-HDV(E) | Date | October 11, 2024 |
| Title | DAVID V. HAWKINS v. SAN BERNARDINO COUNTY SHERIFFS DEPT. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**　　　　**Attorneys Present for Defendants:**
　　　　　　None　　　　　　　　　　　　　　　　　　　　None

**Proceedings:**　　　**(IN CHAMBERS)**

　　Within thirty (30) days of the date of this Order, Plaintiff shall file a declaration attempting to show good cause, if there be any, why service of the Summons and Complaint has not been made upon Defendants within 90 days after the filing of the Complaint.  Failure to show good cause why timely service has not been made may result in a recommendation that the action be dismissed without prejudice.  See Fed. R. Civ. P. 4(m).

cc:　　Judge Vera
　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk   VMUN