1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DAVID VINCENT HAWKINS,                    No. ED CV 24-1248-HDV(E)

12          Plaintiff,

13      v.                                    ORDER ACCEPTING FINDINGS,

14  SAN BERNARDINO COUNTY SHERIFFS DEPT., ET  CONCLUSIONS AND RECOMMENDATIONS
    AL.,
15                                            OF UNITED STATES MAGISTRATE JUDGE

16          Defendants.

17

18          Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records

19  herein and the attached Report and Recommendation of United States Magistrate Judge.  Further,

20  the Court has engaged in a de novo review of those portions of the Report and Recommendation to

21  which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report

22  and Recommendation.

23

24          IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

25

26          IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's

27  Report and Recommendation and the Judgment herein on Plaintiff.

28

1

2       LET JUDGMENT BE ENTERED ACCORDINGLY.

3

4       DATED:  ___01/16/25_____.

5

6

7       _____

8                                    HERNAN D. VERA

        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28