JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VINCENT HAWKINS,<br><br>       Plaintiff,<br><br>   v.<br><br>SAN BERNARDINO COUNTY SHERIFFS DEPT., ET AL.<br><br>       Defendants. | No. ED CV 24-1248-HDV(E)<br><br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed without prejudice.

   DATED:  01/16/25.

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE